# **HEARING MINUTES**

Cause No:        4:18-cv-3296

Style:             Craft-Demming v. MD Anderson Cancer Center

Hearing Type:   Pre-Motion Conference

**Appearances:**

| **Counsel** | **Representing** |
|---|---|
| Ellen Sprovach (by telephone) | Plaintiff |
| Summer Lee | Defendant |

Date: January 27, 2020          ERO: Yes
Time: 12:04–12:38               Law Clerk: B. Zubay

At the hearing, the following rulings were made as stated on the record:

1. The Court was notified that the Plaintiff has shredded the documents at issue pursuant to the parties' agreement, as stated on the record.

2. MD Anderson will retain documents for two years as stated on the record.